COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Jane Doe v. Yum! Brands, Inc.; Pizza Hut, Inc.; Muy Pizza Houston, LLC

Appellate case numbers:  01-19-00844-CV, 01-19-00845-CV, 01-19-00846-CV

Trial court case numbers: 2017-42257, 2017-42257A, 2017-42257B

Trial court:             157th District Court of Harris County

Thomas M. Flaskamp, a non-resident attorney, has filed an unopposed motion to appear pro hac vice as counsel for appellee, MUY Pizza Houston, LLC. The motion is supported by a motion from appellee's counsel, Marcy Rothman. Both motions comply with the rules. TEX. RULES GOVERN. BAR ADM'N R. XIX; TEX. R. APP. P. 10.1(a). Accordingly, we **grant** both motions and **order** that Thomas M. Flaskamp is admitted pro hac vice to participate in these appeals as counsel for appellee, MUY Pizza Houston, LLC.

It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                                 Acting individually

Date: March 3, 2020